Ferguson E. PETERS et al.,
Plaintiffs-Appellants,

v.

UNITED STATES of America,
Defendant-Appellee.

Frederick C. PETERS et al.,
Plaintiffs-Appellants,

v.

UNITED STATES of America,
Defendant-Appellee.

ESTATE of Frederick C. PETERS, Deceased, et al., Plaintiffs-Appellants,

v.

UNITED STATES of America,
Defendant-Appellee.

Lewis W. PETERS and Patricia H.
Peters, Plaintiffs-Appellants,

v.

UNITED STATES of America,
Defendant-Appellee.

No. 74–3335.

United States Court of Appeals
Fifth Circuit.

Feb. 27, 1976.

Kenneth G. Anderson, Robert S. Bolt, Jacksonville, Fla., for plaintiffs-appellants.

Robert W. Rust, U. S. Atty., Lawrance B. Craig, III, Asst. U. S. Atty., Miami, Fla., Scott P. Crampton, Asst. Atty. Gen., U. S. Dept. of Justice, Gilbert E. Andrews, Acting Chief, David English Carmack, Alfred S. Lombardi, App. Sec.,

Dept. of Justice, Tax Div., Washington, D. C., for defendant-appellee.

Before GEWIN and AINSWORTH, Circuit Judges, and MARKEY,* Chief Judge.

PER CURIAM:

Affirmed on the basis of the District Court's opinion, 407 F.Supp. 304.

Affirmed.